In re PREBLE MACH. WORKS. STANDARD OIL CO. v. SURPRISE. (Circuit Court of Appeals, Seventh Circuit. June 1, 1915.) No. 2222. Appeal from the District Court of the United States for the District of Indiana. Alfred D. Eddy and Robert W. Stewart, both of Chicago, Ill., and C. B. Tinkham, of Hammond, Ind., for appellant. Fred Barnett, of Hammond, Ind., and Channing L. Sentz, of Chicago, Ill., for appellee.

PER CURIAM. Heard and affirmed.

---

PSIMOULES v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. July 12, 1915.) No. 2622. Appeal from the District Court of the United States for the Southern Division of the Southern District of California. Annette Abbott Adams, Asst. U. S. Atty., of San Francisco, Cal., and Albert Schoonover, U. S. Atty., of Los Angeles, Cal.

PER CURIAM. On motion of Mrs. Assistant United States Attorney Adams, made on behalf of Mr. United States Attorney Schoonover, and pursuant to stipulation signed by appellant and counsel for appellee, and filed therefor, ordered, motion to dismiss appeal granted, and appeal dismissed. See, also, 222 Fed. 118.

---

SHEETS et al. v. PUGH et al. (Circuit Court of Appeals, Ninth Circuit. May 3, 1915.) No. 2600. Appeal from the Circuit Court of the United States for the Eastern Division of the Eastern District of Washington. John J. Skuse and Fred B. Morrill, both of Spokane, Wash., for appellants. Reese H. Voorhees, of Spokane, Wash., for appellees.

PER CURIAM. On motion of counsel for appellants, and pursuant to stipulation of counsel for respective parties thereto, appeal dismissed, without costs to either party.

---

In re TENGWALL CO. FALLOWS v. CONTINENTAL & COMMERCIAL TRUST & SAVINGS BANK. (Circuit Court of Appeals, Seventh Circuit. June 10, 1915.) No. 2206. Appeal from the District Court of the United States for the Northern District of Illinois. Jas. H. Wilkerson and Edwin H. Cassels, both of Chicago, Ill., for appellant. Herman Frank and Percy B. Davis, both of Chicago, Ill., for appellee.

PER CURIAM. Heard and affirmed.

---

TURNOCK MEDICAL CO. et al. v. CAMPBELL. (Circuit Court of Appeals, Seventh Circuit. September 22, 1914.) No. 2130. In Error to the District Court of the United States for the Eastern Division of the Northern District of Illinois. W. Knox Haynes and Michael Feinberg, both of Chicago, Ill., for plaintiffs in error. J. H. Wilkerson, of Chicago, Ill., for defendant in error.

PER CURIAM. Order dismissing appeal pursuant to stipulation.

---

UNITED STATES v. CHICAGO JUNCTION R. CO. (Circuit Court of Appeals, Seventh Circuit. February 15, 1915.) No. 2112. In Error to the District Court of the United States for the Northern District of Illinois. J. H. Wilkerson, of Chicago, Ill., for plaintiff in error. John Barton Payne and John D. Black, both of Chicago, Ill., for defendant in error.

PER CURIAM. Order dismissing writ of error.